| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michelle R. Ghidotti-Gonsalves (SBN: 232837)<br>Kristin A. Zilberstein (SBN: 200041)<br>Jennifer R. Bergh (SBN: 305219)<br>The Law Offices of Michelle Ghidotti<br>1920 Old Tustin Ave.<br>Tustin, CA 92705<br>Phone: (949) 427-2010<br>Facsimile: (949) 427-2732<br>Email: kzilberstein@ghidottilaw.com | |

☐ Individual *appearing without an attorney*
☒ *Attorney for:* Movant

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Anna Kusnier | CASE NO.: 2:17-bk-22639-NB<br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><u>MOTION TO AVOID LIEN</u> |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled <u>ORDER APPROVING STIPULATION CONTINUING HEARING ON DEBTOR'S MOTION TO AVOID LIEN</u>

was lodged on (*date*) <u>03/07/2018</u> and is attached. This order relates to the motion which is docket number <u>21</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT "A"

1  Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
2  Kristin A. Zilberstein (SBN 200041)
   Jennifer R. Bergh, Esq. (SBN 305219)
3  LAW OFFICES OF MICHELLE GHIDOTTI
   1920 Old Tustin Ave.
4  Santa Ana, CA 92705
   Ph:  (949) 427-2010
5  Fax: (949) 427-2732
6  mghidotti@ghidottilaw.com

7  Attorney for Creditor
   NP162, LLC its successors and assigns
8

9                     UNITED STATES BANKRUPTCY COURT

10         CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

11

12  In Re:                                    )   CASE NO.:  2:17-BK-22639-nb
                                              )
13  Anna Kusnier,                             )   CHAPTER 13
                                              )
14       Debtors.                             )   **ORDER APPROVING**
                                              )   **STIPULATION CONTINUING**
15                                            )   **HEARING ON DEBTOR's**
                                              )   **MOTION TO AVOID LIEN**
16                                            )
                                              )
17                                            )   Hearing Date:
                                              )   Date:  March 8, 2018
18                                            )   Time: 8:30 AM
                                              )   Ctrm: 1545
19                                            )   Place: United States Bankruptcy Court
                                              )        255 E. Temple St.
20                                            )        Los Angeles, CA 90012
                                              )
21

22

23        On March 6, 2018, Creditor, NP162, LLC ("Creditor") filed a Stipulation Continuing

24  Hearing on Debtor's Motion to Avoid Lien ("Stipulation") (Docket No.: 27) between the

25  Debtor and Creditor.

26  It appearing that good cause exists, it is, ORDERED THAT:

27        1.    The Stipulation filed on March 7, 2018 as Docket No.: 27 is approved.

28  ///

                                          1
   **ORDER APPROVING STIPULATION CONTINUING HEARING ON DEBTOR's
   MOTION TO AVOID LIEN**

1        2.      The hearing on Debtor's Motion to Avoid Creditor's Lien as to 19119 Amber

2    Valley Dr., Walnut CA 91789 shall be continued to, <u>April 5, 2018, at 8:30 a.m.</u>, a date no less

3    than twenty-one (21) days from March 7, 2018, or as soon thereafter as the Court's calendar

4    permits.

5

6                               ###

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER APPROVING STIPULATION CONTINUING HEARING ON DEBTOR's
MOTION TO AVOID LIEN**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1920 Old Tustin Ave.
Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
___03/07/2018____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor's Counsel: Julie J Villalobos, julie@oaktreelaw.com, oakecfmail@gmail.com;
villalobosjr51108@notify.bestcase.com
Trustee: Kathy A Dockery (TR), efiling@CH13LA.com
U.S. Trustee: United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*)  ___03/07/2018____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor: Anna Kusnier, 19119 Amber Valley Dr, Walnut, CA 91789 (U.S. Mail)
Judge: Honorable Neil W. Bason, 255 E. Temple Street, Suite 1552, Los Angeles, CA 90012 (U.S. Mail)

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/07/2018 | Jermey Romero | /s/ Jeremy Romero |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.